IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES E. PATILLO, III,

        Plaintiff,

vs.

GURSTEL CHARGO P.A., et al.,

        Defendants.

8:13CV119

ORDER

Upon notice of settlement given to the magistrate judge on June 14, 2013, by Burke Smith, attorney for the plaintiff,

**IT IS ORDERED that**:

1. On or before **July 15, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The deadline to submit a Fed. R. Civ. P. 26(f) report is cancelled.

Dated this 17th day of June, 2013.

                              BY THE COURT:

                              s/ Thomas D. Thalken
                              United States Magistrate Judge