# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES E. PATILLO, III ) | |
| ) | 8:13CV00119 |
| Plaintiff, ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| GURSTEL CHARGO PA, ) | |
| RAZOR CAPITAL II, LLC, AND ) | |
| TIMOTHY D. MIKULICZ, ) | |
| ) | |
| Defendants ) | |

The matter before the court is the parties' joint Stipulation for Dismissal with Prejudice, Filing No. 18. The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 26th day of June, 2013.

**BY THE COURT**

s/ Joseph F. Bataillon
United States District Judge